1-1-2022

Dear U.S. District Court,

Hi! I'm Terry Joe Roberts # 1090650, and I'm a offender housed at SECC, Charleston Missouri Department of Corrections. I would like to file a law suit against this facility for two offenses. One - Retaliation resulting in assault by Staff to a Offender. Two - Discrimination, sexual harrassment repeatedly commited to me for months.

Ive filed a IRR on both Problems. So, 2 IRR's, 2 Grievances, 2 Grievances appeals. What else do I need to do?? I'm getting no where with them and their answers to my Grievances are entirely unsatisfactory.

Please send me a packet for: One Retaliation, (Need a case #).
                               Two Discrimination (Need a case #).

Grievance # SECC-21-783 / Grievance # SECC-21-654

PS. I know each case will cost money, I have my Stimulus.
Please return my copies of my Grievance's.

Thank You!!!
Terry J Roberts
# 1090650

RECEIVED
JAN 06 2022
BY MAIL

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE

Harassment

**GRIEVANCE NUMBER:** SECC-21-763
**IRR NUMBER:** 21-763
**DATE FILED:** DEC 01 2021

### INSTITUTION USE ONLY

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Roberts | Terry | 1090650 | 2 | B132 | SECC |

### OFFENDER GRIEVANCE/REQUEST

I have provided evidence and camera footage is available to you of COI Brunelle slamming me against the windows, then body slamming me at SECC 2 house A/B Sally Port hallway on 8-7-21 @ 12:38pm. He has giving me lots of CDV's, I've seen him spitting in my trays even!! Why? Why am I being singled out? Why is this "Professional" treating me like other thug inmates do? I am still in fear of more retaliation, abuse, harrassment, and fabricated CDV's from COI Brunelle and all Officers in 2 House at SECC. I really tried to kill myself at this facility over this. Twice!! My life isn't a game. I'm a human being and deserve to be treated appropriately and with respect. Due to his retaliatory and Harrassing I DO NOT FEEL SAFE AT SECC FROM STAFF. I dont want him escorting me, cuffing me, I want him seperated. Or this go to U.S. District Court.

**OFFENDER SIGNATURE:** Terry J. Roberts
**DATE:** 11/24/21

### SUPERINTENDENT RESPONSE

**SUPERINTENDENT/SECTION HEAD:** [signature]
**DATE:** 12-22-21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION      ☐ I APPEAL THIS DECISION

**OFFENDER SIGNATURE:**      **DATE:**

MO 931-3377 (12-04)



# DIVISION OF ADULT INSTITUTIONS

Southeast Correctional Center

> Grievance

DATE:       December 22, 2021

LOG #:      SECC 21-763

CATEGORY:   #4 Harassment

OFFENDER:   Roberts, Terry #1090650

I am in receipt of your grievance dated December 1, 2021. Your complaint is a staff member is unprofessional in the way they act towards you. You claim they have been both verbally and physically abusive.

Your complaint and all pertinent information has been reviewed. Your complaint was referred as a formal investigation. The investigation is complete, however, per policy *"Any personnel action taken as a result of a complaint is confidential and shall not be specified in the response to the offender"*.

Recommendation: Based on these findings, this should resolve your Grievance.

_____  _____        _____
12/01/2021        12-22-21                 Warden/Designee
DATE RECEIVED     DATE REVIEWED            Southeast Correctional Center



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

Due Process

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| SECC-21-654 | SECC 21-654 | DEC 01 2021 |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Roberts | Terry | 1090650 | 1B130 | 1 | SECC |

**OFFENDER GRIEVANCE/REQUEST**

The discrimination against me @ SECC has been happening since around 7-6-21. But it became physical on 8-7-21, in the A/B Sally Port in H.U. 2. On 9-30-21 @ 9:30AM COI Brunelle came to my door and asked me if "I took any dick lately". On 9-29-21 @ around 9:00AM COI Brunelle came to my cell 2-B-112 and said "Nice Bra Faggot" while searching my cell. On 9-30-21 COI Brunelle closed then opened my cell window (which he closed after lying in a COV for 12-1) and said "Hey bitch ass faggot". On 10-6-21 @ around 9:30AM COI Brunelle, Nurse Emily, and COI Robinson approached my cell. COI Robinson asked Brunelle "Who filed the PREA"? Brunelle pointed @ me and said "Terry Roberts... that bitch". Then he spit in my tray about 45 minutes later and I flushed it. Lt Cross has asked me on 10-8-21, if "Do you want me to get COI Brunelle so you can file another PREA"? Then gave me a tray with no bread nor cake. On and On and On and On. I've contacted D.O.C. Director Anne Precyte and filed a PREA on COI Brunelle for the sexual conduct. I'm scared of COI Brunelle. CONTINUE →

OFFENDER SIGNATURE | DATE

**SUPERINTENDENT RESPONSE**

SUPERINTENDENT/SECTION HEAD | DATE
 | 12-22-21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION    ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE | DATE

MO 931-3377 (12-04)



# DIVISION OF ADULT INSTITUTIONS

## Southeast Correctional Center

> Grievance

**DATE:** December 22, 2021

**LOG #:** SECC 21-654

**CATEGORY:** #3 Due Process

**OFFENDER:** Roberts, Terry #1090650

I am in receipt of your grievance dated December 1, 2021. Your complaint is you received a CDV# 19.1 (Creating A Disturbance) on 8/7/21. You claim the conduct violation was fabricated. Your complaint also has issues concerning a use of force, retaliation, and harassment.

Your complaint and all pertinent information was reviewed. Per policy, *"Expanded complaints are prohibited. Each IRR form, offender grievance form and offender grievance appeal form is limited to one grievable issue. The addition of other issues at any stage of the review process is prohibited"*. You have multiple concerns listed within your one grievance which is a clear violation of policy. You will not receive a formal response to your complaint.

Recommendation: Based on these findings, your Grievance is denied.

___12/01/2021___    ___12-22-2___          _____
DATE RECEIVED     DATE REVIEWED         Warden/Designee
                                        Southeast Correctional Center

COPY