UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TERRY JOE ROBERTS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00004-SRC |
| | ) | |
| SECC DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

## Memorandum and Order

This matter is before the Court on self-represented plaintiff Terry Joe Roberts's motion for extension of time. Doc. 5. The Court grants Roberts's [5] motion for extension of time. No later than March 7, 2022, Roberts must either pay the $402 filing fee or submit a certified inmate account statement in support of his previously filed motion for leave to proceed in forma pauperis. Doc. 4.

So Ordered this 14th day of February 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE