Case: 1:22-cv-4    Document: 22,23

RECEIVED BY MAIL

FEB 1 3 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Terry Joe Roberts 1090650
SECC
Southeast Correctional Center
300 E. Pedro Simmons Drive
Charleston, MO 63834

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHEASTERN DIVISION
555 INDEPENDENCE STREET
CAPE GIRARDEAU, MISSOURI 63701

OFFICIAL BUSINESS

SAINT LOUIS MO 630




quadient
FIRST-CLASS MAIL
IMI
$001.08
01/27/2023 ZIP 63701
043M30227131

US POSTAGE



RECEIVED BY MAIL
FEB 13 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

**Special Mail**
USDC - Eastern Missouri

NIXIE    621  DE 1        0002/10/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 63703623699     *2716-03346-28-41